NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NOV 18 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARK ANTHONY BLOMMER, | No. 20-73394 |
| Petitioner-Appellant, | Tax Ct. No. 469-20 |
| v. | |
| COMMISSIONER OF INTERNAL REVENUE, | MEMORANDUM[*] |
| Respondent-Appellee. | |

Appeal from a Decision of the
United States Tax Court

Submitted November 8, 2021[**]

Before:      CANBY, TASHIMA, and MILLER, Circuit Judges.

Mark Anthony Blommer appeals pro se from the Tax Court's order

dismissing for lack of jurisdiction his petition regarding his tax liabilities for the

2004-2006 and 2009-2012 tax years.  We have jurisdiction under 26 U.S.C.

§ 7482(a)(1).  We review de novo.  *Gorospe v. Comm'r*, 451 F.3d 966, 968 (9th

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Cir. 2006).  We affirm.

The Tax Court properly concluded that it lacked jurisdiction over Blommer's petition because the petition was untimely.  *See Scar v. Comm'r*, 814 F.3d 1363, 1366 (9th Cir. 1987) (Tax Court may exercise its jurisdiction only when the IRS issues a notice of deficiency and the taxpayer files a timely notice for redetermination); *Wilson v. Comm'r*, 564 F.2d 1317, 1319 (9th Cir. 1977) (90-day period for petitioning the Tax Court commences on the date of mailing the notice of deficiency).

Blommer's motion for summary affirmance (Docket Entry No. 30) is denied.

**AFFIRMED.**